IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK LITWACK and ANITA LITWACK, individuals, | No. CV-11-2547 MMC |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| AMERICAN PROGRESSIVE LIFE & HEALTH INSURANCE COMPANY OF NEW YORK, a Corporation, Does 1-20, | |
| Defendants. | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

American's motion is hereby GRANTED and the above-titled action is hereby DISMISSED for lack of personal jurisdiction.

Dated: July 29, 2011                                            Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk